ERICK DRESSLER et al., Appellants, *v.* MERKEL, INC., Respondent, Impleaded with Another.

(Argued October 6, 1936; decided October 20, 1936.)

*Herbert W. Ziegler* and *Julian D. Heath* for appellants.
*Daniel Mungall* and *Edwin C. Markel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.  Taking no part, O'BRIEN, J.